UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

INTERSCOPE RECORDS et al,

                Plaintiffs

      v.                                            5:05-CV-0102

SAM OWUSU,

                Defendant.
_____

APPEARANCES:                                  OF COUNSEL:

WOLFORD & LECLAIR, LLP            STEVEN E. COLE, ESQ.
 Counsel for Plaintiffs
16 East Main Street
600 Reynolds Arcade Bldg.
Rochester, NY 14614

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 25th day of July 2007. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED, that:

     1. The Report-Recommendation is hereby approved.

     2. The Clerk of the Court is directed to enter Judgment in favor of Plaintiffs, including an award of statutory damages in the amount of $9,000.00, together with a permanent injunction in the form set forth in the Report-Recommendation.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: August 13, 2007
Syracuse, New York

*Norman A. Mordue*
Norman A. Mordue
Chief United States District Court Judge